# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

## Airman First Class ROBERTO A. CARRUBBA
## United States Air Force

## ACM S32341

## 27 September 2016

Sentence adjudged 9 June 2015 by SPCM convened at Keesler Air Force Base, Mississippi. Military Judge: Wendy L. Sherman.

Approved Sentence: Bad-conduct discharge, confinement for two months, forfeiture of $1000.00 pay per month for three months, and reduction to E-1.

Appellate Counsel for Appellant: Major Melissa Biedermann and Captain Patricia Encarnacion Miranda.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire.

Before

DUBRISKE, HARDING, and C. BROWN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court

---

[*] The initial court-martial order (CMO) misspells Appellant's name in three places in the Specification of Charge I. We note the original charge sheet contained pen and ink changes to correct these errors; however, the corrections were not captured on the CMO. We direct the publication of a corrected CMO to remedy these oversights.